# EXHIBIT A

IN THE U.S. DISTRICT IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TRADITIONS INSURANCE COMPANY,
as subrogee of Charles Channell and Norma Channell,

      Plaintiff,

v.

      Case No: 6:12-cv-1639-Orl-19TBS

WHIRLPOOL CORPORATION, a Delaware corporation,
EMERSON ELECTRIC COMPANY, a Missouri corporation,
and THERM-O-DISC, INC., an Ohio corporation,

      Defendants.

---

### PLAINTIFF AMERICAN TRADITIONS INSURANCE COMPANY, a/s/o CHARLES AND NORMA CHANNELL's FIRST DESIGNATION OF EXPERT WITNESSES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the Court's Scheduling Order filed January 30, 2013, Plaintiff American Traditions Insurance Company, a/s/o Charles and Norma Channell (hereinafter "American Traditions"), hereby designates the following individual as an expert witness who may offer expert testimony at the trial of this matter, either orally or by deposition:

    Jack L. Sanderson, B.S., C.F.I.
    Fire Findings Investigations
    2026 Plaza Drive
    Benton Harbor, MI 49022
    (269) 925-2200

The qualifications of the above-named expert are contained in his curriculum vitae, which is attached as Exhibit 1. The written report completed by Mr. Sanderson regarding the fire incident in this case is attached hereto as Exhibit 2.

The anticipated areas of Mr. Sanderson's testimony include, without limitation: (1) his examination and analysis of the Whirlpool clothes dryer which is the subject of the complaint; (2) the design, functionality, and manufacture of the subject dryer and the operating thermostat as they relate to cause and origin of the subject fire; (3) the use, installation, and maintenance of the subject dryer as they relate to cause and origin of the subject fire; and (4) the subject dryer's operation and the operation and failure of the operating thermostat related to causation of the fire at issue in the Complaint in this matter. Mr. Sanderson may also offer rebuttal testimony. He will be available for oral deposition concerning the testimony he is expected to give at trial. Mr. Sanderson's minimum rate for deposition testimony is $1,500 for the first 3.5 hours and $250 per hour for any time exceeding the first 3.5 hours up to 8 hours. Mr. Sanderson requires prepayment for his testimony two weeks prior to the scheduled deposition. If prepayment is not timely received in Mr. Sanderson's office the deposition will be cancelled and rescheduled to a later date to allow for prepayment to be made in accord with Mr. Sanderson's prepayment requirement.

American Traditions expressly reserves the right to call any expert witnesses currently or later identified by any other party to this action, whose qualifications are or will be set forth in the expert witness disclosures of the other parties, even though such expert was not specifically retained by Plaintiff.

American Traditions also expressly reserves its right to file a supplemental expert designation as discovery is not yet completed in this action, or to amend, modify, or supplement

Plaintiff's Designation of Expert Witness
Case No: 6:12-cv-1639-Orl-19TBS
Pg. 3 of 4

this list, including the withdrawal of the expert designated herein, at any time prior to being called to testify at trial.

Dated June 18, 2013

                GIBSON & SHARPS
                ATTORNEYS AT LAW

           By: /s/ Jennifer H. Tedesco
             Jennifer H. Tedesco, Esq.
             Florida Bar No. 0678821
             GIBSON & SHARPS
             1443 20th Street, Suite F
             Vero Beach, Florida 32960
             Telephone: (800) 759-0964
             Fax: (772) 778-3835
             jht@gibsonsharps.com
             Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Designation of Expert Witness was served on June 18, 2013 via email and U.S. mail on those parties as follows:

Francis H. "Rasch" Brown III     Attorney for the Defendants,
McGlinchey, Stafford PLLC      Emerson Electric and Thermo Disc, Inc.
12th Floor, 601 Poydras Street
New Orleans, LA 70130
fbrown@mcglinchey.com

Christopher T. Hill, Esquire      Attorney for the Defendants,
Hill, Rugh, Keller & Main, P.L.     Emerson Electric and Thermo Disc, Inc.
390 N Orange Avenue, Suite 1610
Orlando, FL 32801
CHILL@HRKMLAW.COM

3

TPCS 860840



**Jack L. Sanderson, B.S., C.F.I.**
Qualifications and Curriculum Vitae

2026 Plaza Drive
Benton Harbor, MI 49022

Voice: (269) 925-2200
Fax: (269) 925-2204

E-mail: info@firefindings.com
Web site: www.firefindings.com

## FIRE INVESTIGATION BACKGROUND

I have been involved continuously in fire investigation since January 1972. The first suspected clothes dryer fire I was called upon to investigate was in 1972.

Since becoming involved in fire investigation, I have likely investigated more than 4,000 fires (some of my career preceded the days of computerized records and it is difficult to accurately pinpoint the number of fire investigations I was involved with prior to 1997). From 1997 through December 31, 2012, I was involved in approximately 3,300 investigations.

From 1997 through December 31, 2012, I was involved in the investigation of approximately 923 suspected dryer fires. The number of dryer fires I investigated prior to that date is not recorded, but there were undoubtedly more than 100 from 1972 to 1997.

Although it is not possible to determine the number of dryers I have examined by manufacturer, I have examined numerous dryers of each domestic manufacturer and a lesser number of the more-recent imported units. Probably few investigators or engineers not associated with dryer manufacturers have examined more dryers suspected of causing fires than me.

## FIRE INVESTIGATION EDUCATION, INCLUDING DRYER-SPECIFIC TRAINING

I have received extensive training, approximately 1,000 hours, in the general area of fire investigation. Appendix A is a list of schools, conferences, technical seminars, etc., that I have attended since 1980.

In the early 1990s, it became apparent dryers were involved in a significant number of residential structure fires and I needed to learn more about them. Although dryer fires were (and still are) a frequent topic of fire investigation seminars I attended, I decided to complete whatever manufacturer's training on dryers I could.

For instance, I completed a Whirlpool Corporation home study course and attended a weeklong Maycor (Maytag) seminar at its facility in Cleveland, Tennessee. That class spent several days covering the topic of dryers.

Jack L. Sanderson, B.S., C.F.I.
Qualifications and Curriculum Vitae

Furthermore, many of the non-dryer-specific classes I have attended, such as basic and advanced propane, Honeywell gas controls, hot surface igniters and others, are directly applicable to understanding the operation of clothes dryers.

## FIRE INVESTIGATION PUBLICATION, INCLUDING DRYER-SPECIFIC ARTICLES

Another aspect of my fire investigation career includes *Fire Findings*, a subscriber-based quarterly publication I launched in 1993 for those involved in fire investigation. The last time we surveyed our readers, we learned more than 15,000 people in the industry read it.

*Fire Findings* is geared to help fire investigators understand how various products work, fail and cause fires and assist them in making better, more accurate fire investigation origin and cause determinations. *Fire Findings* is the only publication of its kind in the fire investigation industry.

Articles from *Fire Findings* are cited in numerous books and authors' articles and it is my understanding it has been cited in perhaps several hundred court cases, although we do not track such reports.

The first 11 years, I wrote nearly all of the articles that appeared in *Fire Findings*. Since then, I wrote or edited all articles. All totaled, I wrote more than 400 articles (Appendix B). A search of the list revealed that at least eight articles, including two Special Reports (each a five-page article), were about residential clothes dryers. Some of those articles recount temperature and other testing performed on dryers for the publication.

## FIRE INVESTIGATION LECTURING, INCLUDING DRYER-SPECIFIC LECTURES

Another aspect of my fire investigation career involves lecturing in the area of fire investigation (Appendix C).

Nearly every year since 1986, I have been a paid lecturer at various fire investigation seminars throughout the United States. I have spoken to groups in Alaska, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Iowa, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Maryland, Michigan, Minnesota, Mississippi, Montana, Nevada, North Carolina, New Jersey, New York, Ohio, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Virginia, Vermont, Washington (state), Wisconsin and Wyoming.

Jack L. Sanderson, B.S., C.F.I.
Qualifications and Curriculum Vitae

I have instructed approximately 200 groups, providing nearly 2,850 hours of instruction. Probably few fire investigators in the United States have spoken at more seminars. Of those classes, approximately 130 of those sessions have included one- to four-hour blocks of instruction about dryer fire investigation.

Furthermore, since 1992, I have conducted an in-laboratory seminar, "The Investigation of Gas and Electric Appliance Fires," first with my previous employer, Barker & Herbert Analytical Laboratories, then at my own facility, Fire Findings Laboratories, in Benton Harbor, Michigan.

For this class, I teach an approximate four-hour block of instruction specifically about dryer fire investigation.

"The Investigation of Gas and Electric Appliance Fires" has been repeated approximately 97 times, with every class filled to capacity; thus, more than 3,000 people, including fire investigators, manufacturers' representatives and others have attended. Western Michigan University (WMU) approves this class for continuing education units (CEUs).

Whirlpool Corporation sends many of its design engineers to this class. Additionally, design engineers from General Electric (GE) and Maytag have attended the class. To my knowledge, no one from Electrolux has ever attended. Whirlpool representatives also invited me to speak to their design engineers about dryer fires and witness testing in their forced-failure laboratory.

In 2007, my firm developed and presented a symposium specifically about dryer fire investigation. Mr. Michael Fitz, a professional engineer from Washington state, Mr. John Machnicki, the head of Travelers Laboratories and a forensic chemist with extensive dryer fire investigation experience, and I were lecturers for that symposium. We repeated the symposium in 2008 and both classes were filled, primarily by forensic engineers.

FIRE INVESTIGATION TESTIMONY

My background in fire investigation, training, writing and lecturing provide more than adequate qualification to testify about nearly all aspects of fire investigation. Although the records of my testimony prior to 1997 are not electronically recorded, most of my testimonial appearances since that time have been.

Our records indicate I have testified by deposition or trial in Federal Courts more than 20 times, in Alabama, Indiana, Michigan, Pennsylvania, South Carolina, Tennessee, Texas, Washington and Wisconsin. Also, I have testified in State Courts nearly 130 times.

I have been permitted to testify on every occasion. My testimony has never been barred.

Jack L. Sanderson, B.S., C.F.I.
Qualifications and Curriculum Vitae

Appendix D is a list of my testimonial appearances from January 1, 2009 through April 30, 2013.

Electrolux has mounted Daubert challenges to my testimony in several cases. In those cases, the judges ruled I was more than qualified to testify. Appendix E is one judge's ruling.

OTHER TRAINING AND EXPERIENCES

See Appendix F.